October 30, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ANGELICA MARTINEZ, Appellant

NO. 14-11-00869-CV                    V.

FALLAS PAREDES AND J&M SALES OF TEXAS, L.L.C., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, FALLAS PAREDES AND J&M SALES OF TEXAS, L.L.C., signed, July 8, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant, Angelica Martinez to pay all costs incurred in this appeal. We further order this decision certified below for observance.